LAMBDEN, Respondent, v. THOMPSON, Appellant. (Supreme Court, Appellate Division, Second Department. October 1, 1915.) Action by John F. Lambden against George K. Thompson.

PER CURIAM. Order of the County Court of Westchester County reversed, with $10 costs and disbursements, and application remitted to the county judge of said county for resettlement. The appellant has the right to limit the questions which he seeks to have reviewed on appeal, and is not required unnecessarily to print an entire case. Dupont v. Village of Portchester, 204 N. Y. 351, 356, 97 N. E. 735, 39 L. R. A. (N. S.) 1167, Ann. Cas. 1913C, 1066. Ceballos v. Munson S. S. Line, 112 App. Div. 352, 98 N. Y. Supp. 464.

LAMKIN v. LAMKIN et al. (Supreme Court, Appellate Division, First Department. October 29, 1915.) Action by Irene Lamkin against Harry T. Lamkin and Maud D. McCay. E. T. Taliaferro, of New York City, for appellant. E. Norton, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

LANDERS, Respondent, v. UNITED STATES REALTY & IMPROVEMENT CO., Appellant. (Supreme Court, Appellate Division, First Department. November 5, 1915.) Action by Patrick Landers against the United States Realty & Improvement Company. T. H. Lord, of New York City, for appellant. D. C. Hirsch, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

LAUGHLIN, J., dissents.

LANDES v. LANDES. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Augusta Landes against Leonard Landes. No opinion. Motion denied, without costs. Order filed. See, also, 154 N. Y. Supp. 1129.

LANDON, Respondent, v. MOTT et al., Appellants. (Supreme Court, Appellate Division, First Department. October 29, 1915.) Action by May L. Landon against Louis C. Mott and others, as executors, etc. M. J. Tierney, of New Rochelle, for appellants. G. H. Taylor, Jr., of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

LASCH v. NEW YORK LIFE INS CO. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by Sadie Lasch against the New York Life Insurance Company. No opinion. Application denied, with $10 costs. Order signed. See, also, 155 N. Y. Supp. 255.

LASHINSKY et al. v. SLOAN et al. (Supreme Court, Appellate Division, Second Department. November 5, 1915.) Action by Barnett Lashinsky and another against Ellen Sloan and others. No opinion. Motion to dismiss appeal granted, with costs. See, also, 155 N. Y. Supp. 1119.

LASHINSKY et al. v. SLOAN et al. (Supreme Court, Appellate Division, Second Department. November 5, 1915.) Action by Barnett Lashinsky and another against Ellen Sloan and others. No opinion. Motion for stay denied, with costs. See, also, 155 N. Y. Supp. 1119.

LAZARICK v. NEW YORK, N. H. & H. R. CO. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) In the matter of the claim of the estate of Matthew Lazarick against the New York, New Haven & Hartford Railroad Company, employer and self-insurer. No opinion. Award unanimously affirmed.

LEARY v. GELLER. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Daniel J. Leary against Frederick Geller, as executor. No opinion. Motion denied, with $10 costs. Order filed. See, also, 154 N. Y. Supp. 507.

LEERBURGER, Appellant, v. WATSON, Respondent. (Supreme Court, Appellate Division, First Department. November 12, 1915.) Action by Henry Leerburger against Henry R. C. Watson, as executor. S. Newborg, of New York City, for appellant. J. J. Allen, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 169 App. Div. 48, 154 N. Y. Supp. 577.

LEERBURGER v. WATSON. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by Henry Leerburger against Henry R. C. Watson. No opinion. Motion denied, with $10 costs. Order filed. See, also, 155 N. Y. Supp. 1119.

LEMAIRE, Respondent, v. NEW YORK & NORTH SHORE TRACTION CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 8, 1915.) Action by Minnie Lemaire against the New York & North Shore Traction Company.

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment and order unanimously affirmed, with costs.

LESSER, Respondent, v. EASTMAN MACH. CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. November 26, 1915.) Action by Henry Lesser, as trustee, against the Eastman Machine Company, impleaded with others. J. R. Ulsh, of Buffalo, for appellant. C. L. Greenhall, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

LESZYNSKY, Respondent, v. LEVINSOHN et al., Appellants. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Julius Leszynsky against Otto Levinsohn and others. A. S. Bacon, of New York City, for appellants. J. F. Mulqueen, of New York City, for respondent. No opinion. Order